# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1525

| | |
|---|---|
| United States of America,<br>Appellee,<br>v.<br>Tyrone Powell Crawford, also known as Robert Felin,<br>Appellant. | CR 02-82(1) JMR/FLN<br>Appeal from the United States District Court for the District of Minnesota. |

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST COURT
ST. PAUL, MN

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 21, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans