UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-82 (JMR/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. TYRONE POWELL CRAWFORD and ANTOINETTE FLOREZ, DEFENDANTS. | UNITED STATES' MOTION TO REOPEN JUDGMENT OF FORFEITURE |

PLEASE TAKE NOTICE that the United States of America, by and through Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and James S. Alexander, Assistant United States Attorney, hereby moves the Court for an order reopening the Judgment of Forfeiture entered on May 7, 2004, and directing that the funds forfeited in this action be paid to the Clerk of Court to be applied towards the restitution ordered in this action.

This motion is based upon the Memorandum Of Law In Support Of Motion To Reopen Judgment of Forfeiture, the

Affidavit of James S. Alexander, and all of the files and records of the proceedings herein.

Respectfully submitted,

Dated: September 16, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/JAMES S. ALEXANDER
BY: JAMES S. ALEXANDER
Assistant U.S. Attorney
Attorney ID No. 166145
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600