UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-82 (JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>TYRONE POWELL CRAWFORD and<br>ANTOINETTE FLOREZ,<br>DEFENDANTS. | ) | ORDER |

This action came before the Court on the motion of the United States to reopen the judgment of forfeiture. Based upon the motion of the United States, and all the files and records of the proceedings herein,

IT IS HEREBY ORDERED:

1. the United States' motion to reopen the Judgment of Forfeiture entered on May 7, 2004 is granted;

2. the Final Order of Forfeiture entered on May 7, 2004, is amended to provide that the funds forfeited to the United States in the amount of $14,829.48, less expenses incurred by the U.S. Marshal in connection with the forfeiture, shall be paid to the Clerk of Court to be applied to the restitution ordered by the Court in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 22, 2005 s/James M. Rosenbaum
JAMES M. ROSENBAUM, Chief Judge
United States District Court