# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Tyrone Powell Crawford and
Antoinette Florez,

Defendant.

**Case No. CR 02-82 JMR/FLN**

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED:**

1. the United States' motion to reopen the Judgment of Forfeiture entered on May 7, 2004 is granted;

2. the Final Order of Forfeiture entered on May 7, 2004, is amended to provide that the funds forfeited to the United States in the amount of $14,829.48, less expenses incurred by the U.S. Marshal in connection with the forfeiture, shall be paid to the Clerk of Court to be applied to the restitution ordered by the Court in this action.

Date: September 28, 2005

RICHARD D. SLETTEN, CLERK

s/Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk