CR 02-82 JMR/FLN

Tue Oct 18 09:24:25 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 288176
Cashier sheri

Tender Type CHECK

Check Number: 8141-00120293

Transaction Type C

Case No./Def No. 0:02-CR-00082 / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 6855XX |

Amount $ 8322.60

TYRONE POWELL CRAWFORD 0:02-CR-00082 PAID BY USM

NON GOVERNMENT REST PO NOT LISTED - PURSUANT TO ORDER OF FORFEITURE

SCANNED
OCT 18 2005
U.S. DISTRICT COURT MPLS