UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-82(JMR/FLN)
06-CV-1397(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Tyrone Powell Crawford | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Tuesday, May 30, 2006.

IT IS SO ORDERED.

Dated: April 18, 2006

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge