United States District Court
District of Minnesota
Cr. No. 02-82 (JMR/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TYRONE POWELL CRAWFORD,<br><br>Petitioner. | GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

The government's response to defendant Crawford's Section 2255 Petition was due on May 31, 2006. The government has not been able to complete it in the time the Court allotted for several reasons including work conflicts of the undersigned. Therefore the government respectfully requests an extension to file the response until June 8, 2006.

Dated: June 2, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney
Attorney ID Number 59298