United States District Court
District of Minnesota
Cr. No. 02-82 (JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TYRONE POWELL CRAWFORD,<br><br>Petitioner. | ) | ORDER |

The government's motion for extension of time to file its response in this matter shall be extended until June 8, 2006.

Dated: June 5, 2006

s/James M. Rosenbaum
Honorable James M. Rosenbaum
Chief United States District Court Judge