# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Tyrone Powell Crawford,

Defendant.

**Case No. CR 02-82 JMR/FLN**

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED that:**

1. Mr. Crawford's motion for relief pursuant to 28 U.S.C. § 2255 is denied with prejudice.

2. No Certificate of Appealability shall issue.

Date: July 31, 2006

RICHARD D. SLETTEN, CLERK

s/Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk