UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-82(01)(JMR/FLN)
06-CV-1397(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Tyrone Powell Crawford | ) | |

Defendant asks the Court to reconsider its denial of his petition under 28 U.S.C. § 2255 [Docket No. 139].

After a review of the record, the Court denies defendant's motion. This Court did not negotiate, discuss, engage in colloquy, or assure the defendant in any fashion regarding his sentence. The record speaks for itself. The Court declines Mr. Crawford's invitation to engage in word games and semantic quibbles.

The Court again considers whether defendant is entitled to a certificate of appealability pursuant to 28 U.S.C. § 2253(c). Having reviewed defendant's submission, the Court concludes that no issue raised therein is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citation omitted). Because defendant has not made the "substantial showing of the denial of a constitutional right" necessary for the issuance

of a certificate of appealability, see 28 U.S.C. § 2253(c)(2), no certificate shall issue.

IT IS SO ORDERED.

Dated: October 24, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge