UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-82(01)(JMR/FLN)
06-CV-1397(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Tyrone Powell Crawford | ) | |

The Court reopens this matter to consider defendant's motion for final judgment on his motion under Fed. R. Civ. P. 59(e). After considering defendant's additional late filing, the Court denies defendant's motion [Docket No. 142] for all of the reasons stated in the Court's original Order [Docket No. 143].

The Court again considers whether Mr. Crawford is entitled to a certificate of appealability pursuant to 28 U.S.C. § 2253(c). Having reviewed his submission, the Court concludes that no issue raised therein is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citation omitted). Because defendant has not made the "substantial showing of the denial of a constitutional right" necessary for the issuance of a certificate of appealability, see 28 U.S.C. § 2253(c)(2), no certificate shall issue.

IT IS SO ORDERED.

Dated: November 8, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge