# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
NOV 30 2006
CLERK, US DIST. COURT
ST. PAUL, MN

No. 06-3815

In re: Tyrone Powell Crawford, *
*
Petitioner. *
* Petition for Writ of Mandamus
*
* CR02-82 JMR/FLN

## JUDGMENT

The petition for writ of mandamus has been considered by the court and is denied.

The Court's mandate shall issue forthwith.

(5361-010199)

November 22, 2006

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
DEC 01 2006
U.S. DISTRICT COURT ST. PAUL