UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-82(1)(JMR/FLN)
06-CV-1397(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Tyrone Powell Crawford | ) | |

Defendant requests a certificate of appealability pursuant to 28 U.S.C. § 2253(c) [Docket No. 147]. The Court previously considered this question and denied defendant a certificate of appealability in its Orders dated October 25, 2006 [Docket No. 143] and November 8, 2006 [Docket No. 144]. The Court declines to reconsider this matter. No certificate shall issue.

IT IS SO ORDERED.

Dated: December 29, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge